IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DEBBIE A. JONES                                                                         PLAINTIFF

vs.                                                    CIVIL ACTION NO.   1:16CV196-SA-DAS

DYNCORP INTERNATIONAL                                                        DEFENDANT

**AGREED ORDER OF DISMISSAL**

**THIS CAUSE** came before this Court on the parties' *ore tenus* Joint Motion to Dismiss this civil action with prejudice; having considered said Motion, the Court is of the opinion that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that this case is hereby dismissed with prejudice with each party to bear its own costs.

**SO ORDERED,** this the 23rd day of February, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:

 s/ Terence L. High
TERENCE L. HIGH (MSB #99843)

*ATTORNEY FOR PLAINTIFF*

 s/ J. Randall Patterson
J. RANDALL PATTERSON (MSB #9012)
TORRI T. ARMSTRONG (MSB #105082)

*ATTORNEYS FOR DEFENDANT*